1  MICHAEL D. CELIO, SBN 197998
   mcelio@gibsondunn.com
2  JAYVAN E. MITCHELL, SBN 322007
   jmitchell@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
4  Palo Alto, CA  94304-1211
   Telephone:  650.849.5300
5  Facsimile:  650.849.5333

6  MONICA K. LOSEMAN, SBN 309370
   mloseman@gibsondunn.com
7  1801 California Street, Suite 4200
   Denver, CO 80202-2642
8  Telephone: 303.298.5700
   Facsimile:  303.298.5907
9
   *Attorneys for Defendants*
10
                  UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13
   MICHAEL VALLIERES, Derivatively on        CASE NO. 3:22-cv-02507-VC
14 Behalf of AFFIRM HOLDINGS, INC.,
                                             **[PROPOSED] ORDER GRANTING**
15        Plaintiff,                         **ADMINISTRATIVE MOTION TO RELATE**
                                             **CASES**
16        v.
                                             *[Civil L.R. 3-12, 7-11]*
17 MAX LEVCHIN, et al.,
                                             Judge Vince Chhabria
18        Defendants,                        Courtroom 4, 17th Floor

19        -and-                              CASE NO. 4:22-cv-05300-JD

20 AFFIRM HOLDINGS, INC.,                    **PROPOSED CASE TO BE RELATED**

21        Nominal Defendant.

22                                           Judge James Donato
                                             Courtroom 11, 19th Floor
23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1

~~[PROPOSED]~~ **ORDER**

2

On October 4, 2022 Defendants in the above-captioned matter filed an Administrative Motion to

3

Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 in the above-captioned

4

action.  Defendants moved the Court to determine that *Williams v. Levchin, et al.*, Case No. 3:22-cv-

5

05300-JD is related to *Vallieres v. Levchin*, Case No. 3:22-cv-02507-VC (N.D. Cal.), which is pending

6

before this Court.

7

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern

8

substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be

9

an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted

10

before different Judges."

11

Having reviewed the papers in both *Williams* and *Vallieres*, the Court finds that the two actions

12

are "related" as defined in Civil Local Rule 3-12(a) and **ORDERS** that they be deemed "related."

13

The Clerk shall reassign the *Williams* action to this Court and shall notify the parties and the

14

Honorable Kandis A. Westmore accordingly.  *See* Civil L.R. 3-12(f)(3).  The Parties are instructed that

15

all future filings in the reassigned case are to bear the initials "VC."  Under Civil Local Rule 3-12(g),

16

any dates for hearing noticed motions in *Williams* are vacated and must be renoticed by the moving party

17

before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and the

18

case management conference will be rescheduled by the newly assigned judge, and the parties shall

19

adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26

20

accordingly.

21

**IT IS SO ORDERED.**

22

23

DATED: _October 18, 2022_

24

_____

Honorable Vince Chhabria
United States District Judge

25

26

27

28

Gibson, Dunn &
Crutcher LLP