1 | **THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, SBN 219683
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:    213.785.2610
Facsimile:    213.226.4684
*Attorneys for Plaintiff*

MICHAEL D. CELIO, SBN 197998
mcelio@gibsondunn.com
JAYVAN E. MITCHELL, SBN 322007
jmitchell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:    650.849.5300
Facsimile:    650.849.5333

MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone:    303.298.5700
Facsimile:    303.298.5907
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON WILLIAMS, derivatively on Behalf of AFFIRM HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MAX LEVCHIN, et al.,<br><br>Defendants,<br><br>-and-<br><br>AFFIRM HOLDINGS, INC.,<br><br>Nominal Defendant. | CASE NO. 3:22-cv-05300-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE**<br><br>Judge Vince Chhabria<br>Courtroom 4 -- 17th Floor |

1 Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Ron Williams ("Plaintiff"), derivatively on behalf of Affirm Holdings, Inc. ("Affirm" or the "Company"), and Defendants Max Levchin, Michael Linford, Jeremy Liew, Libor Michalek, Jenny J. Ming, Jeremy Philips, Christa S. Quarles, Keith Rabois, Jacqueline D. Reses, and James D. White ("Individual Defendants"), and Nominal Defendant Affirm (collectively "Defendants") (each a "Party" and together, the "Parties"), submit this Joint Stipulation and [Proposed] Order Regarding Voluntary Dismissal of Plaintiff's Claims Against Defendants, and in support thereof state as follows:

WHEREAS, on September 16, 2022, Plaintiff filed this Action purportedly in the right, and for the benefit of Affirm against the Individual Defendants for alleged breaches of their fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for alleged violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and against Defendant Levchin for contribution under Sections 10(b) and 21D of the Exchange Act related to the February 10, 2022 tweet concerning Affirm's second quarter financial results that was inadvertently posted before the earnings results had been released;

WHEREAS, prior to the filing of this Action, two related actions were filed against substantially the same defendants in this Court—specifically, a securities litigation action, titled *Toole v. Affirm Holdings, Inc.*, No. 3:22-cv-01243, and a derivative litigation action, titled *Vallieres v. Levchin, et al.,* No. 3:22-cv-02507-VC;

WHEREAS, on October 18, 2022, this Court granted Defendants' unopposed motion to relate this Action to *Vallieres*, due to the apparent overlap between the facts and circumstances alleged in both cases (*Williams*, ECF No. 16);

WHEREAS, on November 2, 2022, the Court granted the Joint Stipulation and Order to Stay Derivative Action pending final adjudication of *Toole* (*Williams*, ECF No. 20);

WHEREAS, on September 28, 2022, this Court dismissed the complaint in *Toole* with leave to amend (*Toole*, ECF No. 78), and on October 20, 2022, final judgment was entered in favor of the defendants (*Toole*, ECF No. 79);

WHEREAS, the *Toole* plaintiffs did not appeal the entry of final judgment, and the November 21, 2022 deadline for doing so passed;

1    WHEREAS, following careful consideration of the circumstances, including the dismissal of the *Toole* Action on which this Action was predicated, the Plaintiff has decided to voluntarily dismiss this Action without prejudice;

WHEREAS, Defendants have neither answered the complaint filed in this Action nor moved for summary judgment;

WHEREAS, no notice to shareholders of this voluntary dismissal is required or warranted under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or compromise of this Consolidated Derivative Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Affirm shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal;

WHEREAS, the Parties have met and conferred, and agree that this Action should be dismissed without prejudice, with each party to bear its own fees and costs;

WHEREFORE, subject to the Court's approval, the parties stipulate and agree as follows:

1.   Pursuant to Federal Rule of Civil Procedure 41(a), the derivative action, titled *Williams v. Levchin*, No. 3:22-cv-005300-VC, shall be dismissed without prejudice;

2.   Each Party shall bear its own fees and costs; and

3.   For the reasons stated above, no notice of the dismissal is required under Federal Rule of Civil Procedure 23.1(c).

Dated: December 13, 2022    **GIBSON DUNN** & **CRUTCHER LLP**

By:   */s/ Michael D. Celio*
Michael D. Celio
mcelio@gibsondunn.com
Jayvan E. Mitchell
jmitchell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211

```
                                        Telephone: (650) 849-5300
                                        Facsimile: (650) 849-5333

                                        Monica K. Loseman
                                        mloseman@gibsondunn.com
                                        1801 California Street, Suite 4200
                                        Denver CO 80202-2642
                                        Telephone: (303) 298-5700
                                        Facsimile: (303) 298-5907
```

**Attorneys for Defendants**

Dated: December 13, 2022                **THE ROSEN LAW FIRM, P.A.**

                                        By:   */s/ Laurence M. Rosen*
                                        Laurence M. Rosen, SBN 219683
                                        355 S. Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone:   213.785.2610
                                        Facsimile:   213.226.4684

                                        **Attorneys for Plaintiff**

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Date: December 13, 2022

                                        */s/ Laurence M. Rosen*
                                        Laurence M. Rosen

                              *   *   *

PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.

Date: December 22, 2022                 _____
                                        HONORABLE VINCE CHHABRIA

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vince Chhabria]*

---

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITHOUT PREJUDICE; CASE NO. 3:22-cv-05300-VC